# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. L0165416

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JESSICA STORM,**

    **Defendant.**

---

## ORDER

---

GOOD CAUSE THEREFORE APPEARING, Defendant's **Motion to Quash the Warrant for Arrest** is hereby:

    ✓    Granted.

    _____    Denied.

DATED this _15th_ day of April, 2010.

*Defendant is to appear at 1:00 P.M. May 10, 2010 for arraignment and Discovery Conference.*

_____
                     Judge