IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 10-mj-00037-GJR

UNITED STATES OF AMERICA,

vs.

Jessica Storm, Defendant

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

I have been advised by a United States Magistrate Judge of the nature of the offense against the laws of the United States with which I have been charged and the possible penalties that I face, if I am found guilty at trial or if I plead guilty.

I further state that I have been advised by the Magistrate Judge that I have the right to a trial, judgment, and sentencing before a United States District Judge of this Court. I understand that this case may proceed before a Magistrate Judge only upon my consent.

Having been advised of the above rights, I do hereby waive the same and consent to allow all proceedings to proceed before a United States Magistrate Judge.

DATED this 12 day of October, 2010.

_____   _____
Attorney for Defendant       Defendant

### ORDER

**IT IS HEREBY ORDERED** that Defendant's consent to proceed before a United States Magistrate Judge is approved. The Court finds that this consent is made freely and voluntarily, with Defendant's full knowledge of the right to proceed before a United States District Judge of this Court.

DATED this 12th day of October, 2010

BY THE COURT:

_____
United States Magistrate Judge